

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-14-00033-CV

Osbaldo A. **SAENZ** Jr.,
Appellant

v.

Osbaldo A. **SAENZ** Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S.
Salmon, Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-11-242
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

On June 6, 2014, Appellant Osbaldo A. Saenz Jr., acting pro se, filed his brief. On August 7, 2014, Appellant filed a motion to file a supplemental brief. *See* TEX. R. APP. P. 38.7.

The supplemental brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See id.* R. 38.1. It provides a plethora of factual assertions and complaints with numerous citations to various documents. However, it fails to provide "a clear and concise argument for the contentions made, with appropriate citations to authorities." *Id.* R. 38.1(i); *cf. Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.).

Appellant's motion to file this supplemental brief is DENIED. *See id.*

After Appellees file their brief, Appellant may file a reply brief. *See id.* R. 38.3. Appellant's reply brief must comply with the applicable rules. *E.g.*, R. 38.1, 38.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2014.



_____
Keith E. Hottle
Clerk of Court